Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Chue Hue Her

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CHUE HUE HER, | Case No.: 1:18-cv-01218-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 14) |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 30 days from April 22, 2019, to and including May 22, 2019, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 5, are extended accordingly.

This is the parties' first request for an extension in this matter. This request is made pursuant to paragraph 12 of the Scheduling Order, permitting a 30-day extension by stipulation of the parties.

IT IS SO STIPULATED.

DATE: April 22, 2019  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff CHUE HUE HER

Date: April 22, 2019  McGREGOR W. SCOTT
United States Attorney

BY: /s/ *Ellinor Coder*
ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per email authorization)

**ORDER**

Based upon the parties' Stipulation (Doc. 14) and a finding of good cause, IT IS ORDERED that Plaintiff shall be granted an extension of thirty (30) days to serve and file his Opening Brief, on or before May 22, 2019. All corresponding briefing deadlines set forth in the Scheduling Order (Doc. 5) are hereby modified accordingly.

IT IS SO ORDERED.

Dated: **April 23, 2019**  /s/ *Sheila K. Oberto*
_____
UNITED STATES MAGISTRATE JUDGE