McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

|  |  |
|---|---|
| CHUE HUE HER, | Case No.: 1:18-cv-01218-SKO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security[1], | |
| Defendant. | |

It is hereby stipulated, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Defendant to respond to Plaintiff's Opening Brief shall be extended by thirty (30) days.

This is the parties' second request for an extension. Plaintiff filed his Opening Brief (Doc. 16) on May 22, 2019 after one stipulated extension (Doc. 15).

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Defendant requests additional time to further consider the issues that Plaintiff raised. The Appeals Council previously remanded this claim to an ALJ for further development and decision on two occasions, making this the agency's third decision. Plaintiff raised several issues with the vocational evidence and medical opinions that were the subject of earlier remand orders. Therefore, Defendant requests additional time to evaluate this case. Defendant was not able to do so prior to the filing deadline due to other case filing deadlines, and because counsel was out of the office over six days in June performing military reserve duty. A shorter extension of 30 days would conflict with existing filing deadlines and not allow counsel to consult with the Appeals Council.

The current due date for Defendant's response to Plaintiff's brief is June 21, 2019. With the Court's approval, the new due date would be July 22, 2019. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: June 20, 2019                              Respectfully submitted,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                   By:     /s/  *Ellinor R. Coder*
                                                 ELLINOR R. CODER
                                                 Special Assistant U.S. Attorney

                                                 Attorneys for Defendant


                                   By:     /s/  *Young Cho*
                                                 YOUNG CHO
                                                 Attorney for Plaintiff

# ORDER

Pursuant to the parties' above stipulation (Doc. 17), for good cause shown, Defendant shall respond to Plaintiff's opening brief by no later than July 22, 2019.  All corresponding briefing deadlines set forth in the Scheduling Order, (Doc. 5), are hereby modified accordingly.

IT IS SO ORDERED.

Dated:  **June 20, 2019**                     /s/ *Sheila K. Oberto*

                                          UNITED STATES MAGISTRATE JUDGE