# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE HUE HER,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | Case No. 1:18-cv-01218-SKO<br><br>**ORDER SETTING PLAINTIFF'S DEADLINE TO FILE RESPONSE TO COUNSEL'S MOTION FOR ATTORNEY'S FEES**<br><br>(Docs. 25, 27) |

On July 27, 2020, Young Cho ("Counsel"), counsel for Plaintiff Chue Hue Her ("Plaintiff"), filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 1383(d)(2)(B) (the "Motion"). (Doc. 24.) The Motion included a section titled "NOTICE TO PLAINTIFF CHUE HUE HER" stating that if Plaintiff filed a response to the Motion, he "must do so within 14 days of [his] receipt of this document." (*Id*. at 2.) The Court, however, set a different, longer response deadline for Plaintiff in its July 28, 2020 minute order, and ordered Counsel to serve such minute order upon Plaintiff at his current or last known address and file proof of service by no later than July 30, 2020. (*See* Doc. 25 (setting response deadline of August 17, 2020).)

On August 24, 2020, the Court observed that no proof of service was filed by Counsel by the July 30, 2020 deadline, and ordered Counsel once again to file such proof of service by August 25, 2020. (*See* Doc. 27.) Counsel has again failed to file proof of service of the Court's July 28, 2020 minute order, raising the concern that Plaintiff was not served with the minute order and therefore not provided notice of his deadline to respond to the Motion.

That deadline has now expired. However, to ensure Plaintiff has an adequate opportunity to file a response to the Motion, the Court hereby ORDERS that Plaintiff's opposition, or statement of non-opposition, SHALL be filed **no later than September 18, 2020**.

**By no later than August 28, 2020,** Counsel is ORDERED to serve this order upon Plaintiff at his current or last known address and to file upon the Court's docket proof of service. **Counsel is CAUTIONED that the failure to comply with this order may be grounds for the imposition of sanctions**.

IT IS SO ORDERED.

Dated:   **August 26, 2020**                               /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE